COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Plaintiffs
LZK6920
Park 80 Plaza West One
Saddle Brook, New Jersey

(201) 845-9600
Our File: 36,919-0

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ZACHARY JACKSON FINANCIAL CORPORATION, ADAM GURIEN, and JOHN O'LEARY, | : CIVIL ACTION NO.: 2:06-CV-05828-HAA-ES |
|---|---|
| Plaintiffs, | : |
| -vs- | **CASE MANAGEMENT ORDER** |
| METLIFE, INC., | : |
| Defendant. | : |

This matter having come before the Court pursuant to a telephone case management conference on November 13, 2007, Leonard Z. Kaufmann, Esq. of Cohn Lifland Pearlman Herrmann & Knopf LLP, appearing on behalf of plaintiffs, Zachary Jackson Financial Corporation, Adam Gurien and John O'Leary, and Kevin M. Ryan of Kelley Drye and Warren LLP appearing on behalf of defendant, MetLife, Inc. and good cause having been shown;

It is on this 26th day of November, 2007;

ORDERED, as follows:

1. Fact discovery is to remain open through February 29, 2008.

2. a. All affirmative expert reports shall be served by March 28, 2008.

   b. All responding expert reports shall be served by April 15, 2008.

3. Except as modified herein, all portions of the May 16, 2007 pretrial scheduling order remain in effect.

4. A telephone case management conference will be held on February 12, 2008 at 10:30 a.m. Counsel for plaintiffs will initiate the call.

_____
HONORABLE ESTHER SALAS, J.S.C.